IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; HANK BOUNDS, PRESIDENT OF THE UNIVERSITY OF NEBRASKA, individually and in his official capacity; RONNIE GREEN, CHANCELLOR OF THE UNIVERSITY OF NEBRASKA-LINCOLN, individually and in his official capacity; JAKE JOHNSON, ASSISTANT VICE CHANCELLOR FOR STUDENT AFFAIRS, individually and in his official capacity; MEAGAN COUNLEY, DEPUTY TITLE IX COORDINATOR FOR UNL, individually and in her personal capacity; TAMI STRICKMAN, ASSOCIATE TO THE CHANCELLOR AND TITLE IX COORDINATOR, individually and in her personal capacity; MARC PEARCE, ASSISTANT DEAN FOR STUDENT AFFAIRS AND ADMINISTRATION AT THE UNIVERSITY OF NEBRASKA COLLEGE OF LAW, individually and in his personal capacity<br><br>Defendants. | **CASE NO. 4:20CV3036**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION AND DESIGNATION OF PLACE OF TRIAL** |

COMES NOW Defendants, Board of Regents of the University of Nebraska; Hank Bounds; Ronnie Green; Jake Johnson; Meagan Counley; Tami Strickman; and Marc Pearce (collectively referred to as "Defendants"), pursuant to 28 U.S.C. § 1441(a), hereby submits this Notice of Removal of Civil Action ("Notice"), thereby removing this case to the United States District Court for the District of Nebraska, and designating Lincoln, Nebraska as the place of trial ("Designation"). In support of this Notice and Designation, Defendants state as follows:

**TIMELINESS OF REMOVAL**

1. Plaintiff Jane Doe filed a civil action against Defendants in the District Court of Lancaster County, Nebraska on February 28, 2020.  The case is entitled <u>Jane Doe, and</u>

all others similarly situated v. The Board of Regents of the University of Nebraska et al.; Case No. CI 20-662.

2. Plaintiff Jane Doe filed an Amended Complaint on March 3, 2020.

3. Defendants accepted service of Plaintiff Jane Doe's Amended Complaint on or about March 6, 2020.

4. A true and accurate copy of all process, pleadings, and orders served, filed, or entered in the state court action as of the date of the filing of this removal is attached hereto as Exhibit "A."

## BASIS FOR JURISDICTION

5. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 because Plaintiff asserts causes of action based on the United States Constitution, 42 U.S.C. § 1983, and 20 U.S.C. § 1681 et seq.

6. By filing this Notice, Defendants consent to the removal of this action to the United States District Court for the District of Nebraska.

7. By filing this Notice, Defendants do not waive any defenses and/or affirmative claims, counterclaims, or third party claims that may be available to Defendant.

8. On April 3, 2020, Defendants filed a Notice of Filing with the Clerk of the District Court of Lancaster County, Nebraska, in Case No. CI 20-662, Jane Doe, and all others similarly situated v. The Board of Regents of the University of Nebraska et al. A true and correct copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

9. On the same day, Defendants caused the Notice of Removal, along with the Notice of Filing, to be served upon the individuals listed on the Certificate of Service below.

10. Plaintiff has requested a jury trial on all claims in which a jury trial is available.

WHEREFORE, Defendants hereby remove the above-captioned case from the District Court of Lancaster County, Nebraska to the United States District Court for the District of Nebraska.

## DESIGNATION OF PLACE OF TRIAL

Pursuant to NECivR 40.1(b), Defendants designate Lincoln, Nebraska as the place of trial.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, HANK BOUNDS, PRESIDENT OF THE UNIVERSITY OF NEBRASKA, individually and in his official capacity; RONNIE GREEN, CHANCELLOR OF THE UNIVERSITY OF NEBRASKA-LINCOLN, individually and in his official capacity; JAKE JOHNSON, ASSISTANT VICE CHANCELLOR FOR STUDENT AFFAIRS, individually and in his official capacity; MEAGAN COUNLEY, DEPUTY TITLE IX COORDINATOR FOR UNL, individually and in her personal capacity; TAMI STRICKMAN, ASSOCIATE TO THE CHANCELLOR AND TITLE IX COORDINATOR, individually and in her personal capacity; MARC PEARCE, ASSISTANT DEAN FOR STUDENT AFFAIRS AND ADMINISTRATION AT THE UNIVERSITY OF NEBRASKA COLLEGE OF LAW, individually and in his personal capacity, Defendants.

/s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

 Joy Shiffermiller
 Abby Osborn
 Shiffermiller Law Office, P.C., L.L.O.
 1002 G Street
 Lincoln, NE 68508
 joy@shiffermillerlaw.com
 abby@shiffermillerlaw.com

              /s/ Lily Amare
              Lily Amare

4832-2003-0391, v. 1