IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>    Defendant. | 4:20CV3036<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 82), judgment is entered in favor of defendant Board of Regents of the University of Nebraska and against plaintiff Jane Doe.  *See* Fed. R. Civ. P. 58(a).  This case is dismissed.

Dated this 9th day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge